UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTURO A. CANTU,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT J. PALMQUIST, Warden,<br>Federal Detention Center, et al.,<br><br>    Respondents. | CASE NO. C07-0641-RSL<br><br>ORDER DENYING PETITION FOR<br>WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's response thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) The petition for writ of habeas corpus (Dkt. No. 3) is DENIED.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Theiler.

DATED this 12th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1